UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:                                              CASE NO: 06-31374
   RICKY L SAGRAVES                                        (Chapter 13)
   ALICIA J. SAGRAVES
                      Debtors      JUDGE LAWRENCE S. WALTER

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are
being paid to the Clerk of the Bankruptcy Court.

Check Number: **4094558**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 62 | HOUSEHOLD BANK NA/BON TON<br>ECAST SETTLEMENT % BASS&ASSOC<br>3936 E FT LOWELL RD   STE 200<br>TUCSON, AZ  85712 | 10.44 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/23/2011

Certificate of Service                                    06-31374

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

RICKY L SAGRAVES              ALICIA J. SAGRAVES            LESTER R THOMPSON
706 ACORN DRIVE              1722 SHROYER ROAD            1340 WOODMAN DR
APT 2                       APT 4                       DAYTON, OH  45432
DAYTON, OH  45419            DAYTON, OH  45419

(74.1n)                     (72.1n)                     (62.1)
B LINE LLC                  COUNTRYWIDE HOME LOANS INC   HOUSEHOLD BANK NA/BON TON
MS 550                      %MCCALLA RAYMER BANKRUPT DEPT ECAST SETTLEMENT % BASS&ASSOC
BOX 91121                   1544 OLD ALABAMA RD          3936 E FT LOWELL RD  STE 200
SEATTLE, WA  98111          ROSWELL, GA  30076           TUCSON, AZ  85712

(68.1n)                     (73.1n)
MCCALLA RAYMER LLC          RECOVERY MANAGEMENT SYSTEMS
NATIONAL BANKRUPTCY DEPT    CORP
1544 OLD ALABAMA RD         25 SE 2ND AVENUE
ROSWELL, GA  30076          SUITE 1120
                            MIAMI, FL  33131

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                    sv